CAVAC COMPANIA ANONIMA VENEZOLANA DE ADMINISTRACION Y COMERCIO, Respondent, v. NANCY C. STANLEY, as Administratrix of the Estate of STANLEY T. STANLEY, Deceased, Defendant, and LEOPOLD WELLISZ et al., Appellants.— Order, entered on September 9, 1960, denying the motion of defendant-appellant Wellisz and the cross motion of defendant-appellant Witenberg to dismiss the complaint for lack of prosecution, unanimously reversed, on the law, on the facts and in the exercise of discretion, with $20 costs and disbursements to the appellants, and the respective motions to dismiss the complaint for lack of prosecution are granted, with $10 costs,

with leave to the plaintiff to move to vacate the dismissal upon proper papers, including an affidavit of merits. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.